UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00709-MOC-DCK

| | | |
|---|---|---|
| **DAVID R. CARTER JR.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MEINEKE CAR CARE CENTER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on periodic review. Review of the docket indicates that on January 6, 2014, Honorable David C. Keesler, United States Magistrate Judge, entered an Order (#3) denying plaintiff's Motion to Proceed *In Forma Pauperis* (#2). Since that date, plaintiff has neither filed a new IFP application addressing the concerns outlined by Judge Keesler nor paid the filing fee. Thus, it appears that plaintiff has abandoned the case.

Plaintiff is advised that unless he pays the fee or files a second IFP application that adequately addresses Judge Keesler's concerns within 14 days, the court will dismiss this action in accordance with Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute.

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 14 days, plaintiff shall either pay the filing fee or file a second IFP application that addresses Judge Keesler's concerns as outlined in his Order

(#3). Failure to so file, or filing an insufficient second IFP application, may result in the dismissal of this case.

Signed: September 30, 2015

Max O. Cogburn Jr
United States District Judge