UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00709-MOC-DCK

| | | |
|---|---|---|
| **DAVID R. CARTER JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MEINEKE CAR CARE CENTER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on periodic court review. On September 30, 2015, this court entered an Order (#4) directing plaintiff to comply with the magistrate judge's January 6, 2014, Order (#3) concerning payment of a filing fee. The court allowed plaintiff 14 days within which to so comply and warned him that failure to comply could result in dismissal of this action, id. at 1, all in accordance with Rule 41(b), Federal Rules of Civil Procedure. Such time has now passed and plaintiff has neither made the required filing nor paid the fee within the time allowed. The court concludes that plaintiff has abandoned this litigation and will, accordingly, dismiss the action.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this action is DISMISSED.

Signed: October 20, 2015

Max O. Cogburn Jr
United States District Judge

-1-