# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| David R. Carter Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00709-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Meineke Car Care Center, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by periodic review and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 20, 2015 Order.

Signed: October 20, 2015

Frank G. Johns, Clerk
United States District Court